USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEODORO GARCIA, et al.,

    Plaintiffs,

v.

PROGRESSIVE MAINTENANCE LLC, et al.,

    Defendants.

No. 19-CV-3518 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 2, 2019, the Court ordered that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Gorenstein. Within two weeks of the Order, the parties were directed to (1) submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which was attached to the Order, or (2) file a joint letter advising the Court that the parties do not consent, but without disclosing the identify of the party or parties who do not consent. The Court has not received either an executed form or a joint letter. The parties shall file an executed form or joint letter no later than November 18, 2019.

SO ORDERED.

Dated:   November 12, 2019
         New York, New York

Ronnie Abrams
United States District Judge