UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEODORO GARCIA, et al.,

                ORDER

        Plaintiffs,

                19 Civ. 3518 (GWG)

-v.-


PROGRESSIVE MAINTENANCE LLC, et al.,


        Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion to approve a collective action will take place on Tuesday, March 10, 2020, at 4:00 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: February 10, 2020
       New York, New York

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge