UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TEODORO GARCIA, et al.,                          :

                                      :          ORDER
                  Plaintiffs,
                                        :          19 Civ. 3518 (GWG)
    -v.-
                                        :

PROGRESSIVE MAINTENANCE LLC, et al.,             :

                                        :
                  Defendants.
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The words "Application due March 19, 2021" in the memorandum endorsement issued March 12, 2021 (Docket # 129) are amended to read "Application due March 29, 2021."

       SO ORDERED.

Dated: March 16, 2021
      New York, New York

                                     _____
                                     GABRIEL W. GORENSTEIN
                                     United States Magistrate Judge