The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

April 2, 2021

**MEMORANDUM ENDORSEMENT**

**Via ECF**
Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    Garcia et al v. Progressive Maintenance LLC
           19-cv-03518 (RA)

Dear Judge Gorenstein:

    This office, along with Yale Pollack, represents Plaintiffs in the above captioned matter. The parties request an additional four days to submit the settlement agreement for Court approval. This is the parties third request for an extension. The parties have agreed to the language of the settlement agreement as well as the *Cheeks* application letter. At this juncture, we only need our clients to sign the agreement. Accordingly, we are optimistic that this will be the last extension request. The proposed settlement agreement is currently due on April 5, 2021 and if our application is granted the settlement agreement will be due on April 9, 2021.

    We thank the Court for its patience.

                                  Respectfully,

                                  */s Jacob Aronauer*
                                  Jacob Aronauer
                                  *Attorney for Plaintiffs*

**Via ECF**
*All attorneys on record*

        **Extension to May 7, 2021 granted. Please do not ask for any more extensions.**

        So Ordered.

        _____
        GABRIEL W. GORENSTEIN
        United States Magistrate Judge
        April 5, 2021