UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TEODORO GARCIA, et al. :

: ORDER OF DISCONTINUANCE
Plaintiffs, : 19 Civ. 3518 (GWG)

:

-v.- :

:

PROGRESSIVE MAINTENANCE LLC, et al., :

:

Defendants. :

------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

This case contains claims under the Fair Labor Standards Act. On November 13, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In two filings, both sealed and unsealed (Docket # 135 and #141), the parties have submitted their proposed settlement agreement and provided an explanation as to why the agreement should be approved. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds that it is fair and reasonable. The settlement is approved.

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: May 11, 2021
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge